1  Daniel S. Brome, CA SBN 287915
   dbrome@nka.com
2  NICHOLS KASTER, LLP
   235 Montgomery Street, Suite 810
3  San Francisco, CA 94104
   Telephone: (415) 277-7235
4  Facsimile: (415) 277-7238

5  Rachhana T. Srey, MN Bar No. 340133
   Admitted *pro hac vice*
6  NICHOLS KASTER, LLP
   4600 IDS Center
7  80 South 8th Street
   Minneapolis, MN 55402
8  Telephone: (612) 256-3200
   Facsimile: (612) 215-6870
9
   Attorneys for Plaintiff
10 WILLIAM SCEPKOWSKI, on behalf of himself
   and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SCEPKOWSKI, on behalf of himself and all others similarly situated, | Case No. 5:17-cv-00832-LHK |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | Complaint Filed:   February 20, 2017<br>Trial Date:   No date set. |
| NOVA MEASURING INSTRUMENTS INC., | |
| Defendant. | |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Case No. 5:17-cv-00832-LHK                                           STIPULATION OF DISMISSAL WITHOUT PREJDUCE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Respectfully submitted,

DATED: June 21, 2017          By:   /s/ *Rachhana T. Srey*
                                    DANIEL S. BROME
                                    RACHANA T. SREY, *pro hac vice*
                                    NICHOLS KASTER, LLP
                                    *Attorneys for Plaintiff*
                                    WILLIAM SCEPKOWSKI, on behalf of
                                    himself and others similarly situated

DATED: June 21, 2017          By:   */s/ Joseph A. Schwachter*
                                    JOSEPH A. SCHWACHTER
                                    PHILIP B. BALDWIN
                                    ANDREW J. VOSS, *pro hac vice*
                                    LITTLER MENDELSON, P.C.
                                    *Attorneys for Defendant*
                                    NOVA MEASURING INSTRUMENTS INC.

ATTESTATION

Pursuant to Local Rule 5-1(i)(3), this is to attest that Defendant's counsel, Joseph Schwachter, has authorized the filer of this Stipulation to affix his signature hereto on his behalf.

Dated: June 21, 2017

                                    */s/ Rachhana T. Srey*
                                    RACHHANA T. SREY

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 5:17-cv-00832-LHK      2.      STIPULATION OF DISMISSAL WITHOUT PREJUDICE